# UNITED STATES *v.* GUANA-SANCHEZ

No. 73-820.  Argued January 14, 1975—Decided March 3, 1975

*Paul L. Friedman* argued the cause for the United States.  On the brief were *Solicitor General Bork, Assistant Attorney General Petersen,* and *Gerald P. Norton.*

*Joseph Beeler,* by appointment of the Court, 419 U. S. 961, argued the cause for respondent.  With him on the brief was *Donald J. Martin.**

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.

---

*\*Sanford Jay Rosen* and *Melvin L. Wulf* filed a brief for the Mexican American Legal Defense and Educational Fund et al. as *amici curiae* urging affirmance.